**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**     *     **CRIMINAL DOCKET NO.: 09-117**

       **v.**     *     **SECTION: "K"**

**RHONDA WILLIAMS**     *

                      *  *  *

### O R D E R

Considering the foregoing;

**IT IS HEREBY ORDERED** that Counts 2 through 10 of the indictment against the defendant be and are hereby dismissed without prejudice.

New Orleans, Louisiana this __5th__ day of November, 2009.

_____
Stanwood R. Duval, Jr.
United States District Judge